MARLEN E. PEW, Appellant, *v.* INTERNATIONAL NEWS SERVICE, INC., Respondent.

(Submitted March 28, 1927; decided April 5, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 570.)

---

M. MORTON ANSORGE, Respondent, *v.* CORRINE P. KANE, Appellant.

(Submitted March 28, 1927; decided April 5, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 395.)